UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESTACE ALFREDERIC WRIGHT,
Plaintiff,

v.

DAVID LIVINGSTON, et al.,
Defendants.

Case No. 25-cv-10966-HSG

**ORDER OF DISMISSAL**

Plaintiff has filed a *pro se* civil rights action. On April 30, 2026, the Court dismissed the complaint for failure to state a claim, and granted Plaintiff leave to file an amended complaint. Dkt. No. 8. On May 22, 2026, the Court's April 30, 2026 Order was returned to the Court as undeliverable with the notation that Plaintiff was no longer in custody. Dkt. No. 10. N.D. Cal. Civil L.R. 3-11 provides that the Court may dismiss a complaint without prejudice when: (1) court mail addressed to the *pro se* party has been returned to the court as not deliverable, and (2) the Court fails to receive within 60 days of this return a written communication from the *pro se* party indicating a current address. *See* N.D. Cal. Civil L.R. 3-11(b). More than sixty days have passed since court mail addressed to Plaintiff was returned as undeliverable. Accordingly, the Court DISMISSES this case without prejudice pursuant to N.D. Cal. Civil L.R. 3-11. Because the dismissal is without prejudice, Plaintiff may move to reopen this case. Any motion to reopen this case must be accompanied by a proposed amended complaint. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close this case.

**IT IS SO ORDERED.**

Dated: 7/31/2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California